UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
HOWARD JACKSON, KENNETH UDEMEZUE,
ANDRE JOHNSON, BRANDON BONNER, LONNIE
PEARSON, KELENA TATE, ABC REAL ESTATE
SERVICES, INC., and SANTOS REALTY, INC.

                Plaintiffs,                08 Civ. 8980 (PKC)

    -against-                     ORDER

AMERICAN PLAZA CORP., CITY ROOMS, INC.,
CORONADO SIGUE MULTI-SERVICE INC., EASY
ROOM RENTALS, ERR NYC LLC, FLASH
RENTALS, J.A.H. ROOMS FOR RENT,
MYNEWROOMMATE, INC., HANS GABRIEL
VOLTAIRE a/k/a LOUIS SOLIS, NEW HABITAT
SOLUTIONS, NYC ROOMS FOR RENT, INC.,
NYGORENTALS.COM, SQUARE FOUR REALTY,
RENTASY RENTALS, INC., and SOOL REALTY
CORP.,

                Defendants.
-----------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        No response to the Court's Order of April 28, 2009 (Doc. #31) having been filed as of 5:00 p.m. on May 5, 2009, counsel for plaintiffs; counsel for defendant Rentasy Rentals, Inc. ("Rentasy"), George Mark Gilmer, Esq.; and all officers of Rentasy are hereby ordered to appear in Courtroom 12C at 12:00 p.m. on May 8, 2009, at which time the Court will consider whether Rentasy, its officers and attorneys shall be held in contempt of Court for violating the Stipulation and Order of April 10, 2009 (Doc. #25), as continued on April 24, 2009, and the Order of April 28, 2009 (Doc. #31). SO ORDERED.

                                                          P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       May 5, 2009