FROM SCHLAM STONE & DOLAN   Case 1:08-cv-08980-PKC   Document 45   Filed 08/14/2009   Page 1 of 3

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-18-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................X
HOWARD JACKSON, KENNETH UDEMEZUE, ANDRE
JOHNSON, BRANDON BONNER, LONNIE PEARSON,
KELENA TATE, ABC REAL ESTATE SERVICES, INC.,
and SANTOS REALTY, INC.,

      08 Civ. 8980 (PKC)

      Plaintiffs,

      STIPULATION OF
      DISMISSAL

v.

AMERICAN PLAZA CORP., CITY ROOMS, INC.,
CORONADO SIGUE MULTI-SERVICE INC., EASY
ROOM RENTALS, ERR NYC LLC, FLASH RENTALS,
J.A.H. ROOMS FOR RENT, MYNEWROOMMATE, INC.,
and HANS GABRIEL VOLTAIRE A/K/A LOUIS SOLIS,
NEW HABITAT SOLUTIONS, NYC ROOMS FOR RENT,
INC., NYGORENTALS.COM and SQUARE FOUR REALTY,
RENTASY RENTALS, INC., and SOOL REALTY CORP.

      Defendants.
...................................................X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiffs and Defendants NYC NYGORENTALS.COM, Rentasy Rentals, Inc., and Sool Realty Corp. (the "Stipulating Parties") in the above captioned action that:

      1. Plaintiffs dismiss and discontinue all claims in this action against Defendants NYGORENTALS.COM, Rentasy Rentals, Inc., and Sool Realty Corp. pursuant to F.R.C.P. 41(a)(1)(A)(ii).

      2. This Stipulation does not set forth or reflect any discontinuance against any other party to this action.

      3. No party to this action is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party to this action has an interest in the subject matter of the action.

      4. No Stipulating Party shall be entitled to, nor shall it seek, an award of

FROM SCHLAM STONE & DOLAN
Case 1:08-cv-08980-PKC Document 43 Filed 08/14/2009 No.Page 2 of 3

costs, disbursements or fees, including attorneys' fees, from any other Stipulating Party with respect to this action.

5. This Stipulation may be executed in counterparts and each of the said counterparts shall for all purposes be deemed to be an original and in full force and effect, and all such counterparts shall together constitute one and the same document.

Dated: New York, New York
August 11, 2009

Law Office of William Rita

By: _____
William J. Rita
291 Broadway, Suite 1006
New York, New York 10007
(212) 766-1001
(212) 608-6802
*Attorneys for NYGORENTALS.COM
and Sool Realty Corp.*

Schlam Stone & Dolan LLP

By: _____
Niall D. O'Murchadha
26 Broadway
New York, New York 10004
(212) 344-5400
(212) 344-7677
*Attorneys for Plaintiffs*

Law Office of George Gilmer

By: _____
George Gilmer
943 Fourth Avenue
Brooklyn, New York 11232
(718) 788-0100
(718) 788-1611
*Attorneys for Rentasy Rentals, Inc.*

2

08/12/2009  12:19  17187881611   Case 1:08-cv-08980-PKC   Document 40   Filed 08/14/2009   Page 3 of 3   PAGE 03/03

costs, disbursements or fees, including attorneys' fees, from any other Stipulating Party with respect to this action.

5. This Stipulation may be executed in counterparts and each of the said counterparts shall for all purposes be deemed to be an original and in full force and effect, and all such counterparts shall together constitute one and the same document.

Dated: New York, New York
August 11, 2009

Law Office of William Rita

By: _____
William J. Rita
291 Broadway, Suite 1006
New York, New York 10007
(212) 766-1001
(212) 608-6802
*Attorneys for NYGORENTALS.COM and Sool Realty Corp.*

Schlam Stone & Dolan LLP

By: _____
Niall D. O'Murchadha
26 Broadway
New York, New York 10004
(212) 344-5400
(212) 344-7677
*Attorneys for Plaintiffs*

Law Office of George Gilmer

By: _____
George Gilmer
943 Fourth Avenue
Brooklyn, New York 11232
(718) 788-0100
(718) 788-1611
*Attorneys for Renuxy Rentals, Inc.*

SO ORDERED:

_____
U.S.D.J.

8-10-09

2